PAUL B. SCARF, PLAINTIFF, v. LUDWIG FANTON AND HENRY WOLF, CO-PARTNERS, TRADING AS FANTON & WOLF, DEFENDANTS.

Decided July 9, 1926.

**Landlord and Tenant—Rent—Counter-claim and Unliquidated Damages—Motion to Strike Out Counter-claim Allowed.**

On motion to strike out counter-claim of Henry Wolf.

Before Justice KALISCH, at chambers.

For the motion, *Lionel P. Kristeller.*

*Contra, William B. Stites.*

PER CURIAM.

The plaintiff's action is for rent. The defendant sets up a counter-claim for unliquidated damages. The case is controlled by *Kelly* v. *Faitoute Iron and Steel Co.,* 87 *N. J. L.* 567; *Jenkins* v. *Schneidman,* 4 *N. J. Adv. R.* 1005. The plaintiff's motion to strike out the counter-claim is allowed.